IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KEVEANTE DESHAWN SMOOT,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. 2:20-CV-3703
CRIM. NO. 2:19-CR-00020
JUDGE SARAH D. MORRISON
Magistrate Judge Elizabeth P. Deavers

## ORDER

On September 15, 2020, the Magistrate Judge issued an Order and Report and Recommendation recommending that the Motion to Vacate under 28 U.S.C. § 2255 (ECF Nos. 103, 108, 117) be dismissed and denying Petitioner's motions to appoint counsel (ECF Nos. 106, 112) and Motion to Release [Due] to COVID-19 and Bias and Racism (ECF No. 105.)  Petitioner has filed what has been docketed as a Motion for Reconsideration, which the Court construes as an Objection to the Order and Report and Recommendation.  (ECF No. 122.)  Pursuant to 28 U.S.C. § 636(b), this Court has conducted a *de novo* review.  For the reasons already addressed in the Magistrate Judge's Order and Report and Recommendation, the record reflects no basis for relief.  Petitioner's Objection (ECF No. 122) is **OVERRULED**.

The Order and Report and Recommendation (ECF No. 119) is **ADOPTED** and **AFFIRMED.**  The Motion to Vacate under 28 U.S.C. § 2255 (ECF Nos. 103, 108, 117) is **DISMISSED**.  Petitioner's motions to appoint counsel (ECF Nos. 106, 112) and Motion to Release [Due] to COVID-19 and Bias and Racism (ECF No. 105) are **DENIED**.

Pursuant to Rule 11 of the Rules Governing Section 2255 Proceedings, the Court now considers whether to issue a certificate of appealability.  *Welch v. United States*, 136 S. Ct. 1257,

1263 (2016) ("Under the Antiterrorism and Effective Death Penalty Act of 1996, there can be no appeal from a final order in a § 2255 proceeding unless a circuit justice or judge issues a certificate of appealability.") (citing 28 U.S.C. § 2253(c)(1)).

When a claim has been denied on the merits, a certificate of appealability may issue only if the petitioner "has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).  To make a substantial showing of the denial of a constitutional right, a petitioner must show "that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further.'"  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893, n. 4 (1983)).

This Court is persuaded that reasonable jurists would not debate the dismissal of Petitioner's claims.  The Court therefore **DECLINES** to issue a certificate of appealability.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that a request to proceed *in forma pauperis* on appeal should be denied.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**