# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES**, | : |
| Plaintiff, | : |
| | : Case Nos. 19cr-20, 20cv3703 |
| v. | : |
| | : **JUDGE SARAH D.** |
| | : **MORRISON** |
| | : **Magistrate Judge Elizabeth** |
| | : **P. Deavers** |
| **KEVEANTE SMOOT**, | : |
| Defendant. | : |

## ORDER

This matter is before the Court upon consideration of a Report and Recommendation (R&R) issued by the Magistrate Judge on August 10, 2021. (ECF No. 154). In that filing, the Magistrate Judge recommended that Plaintiff's Motion to Dismiss be dismissed and that the Motion for Certificate of Appealability (ECF No. 152-1) be denied. The time for filing objections has passed, and no objections have been filed. For the reasons set forth in the R&R, the Court hereby **ADOPTS** the R&R (ECF No. 154), **DISMISSES** Plaintiff's Motion to Dismiss (ECF No. 152), and **DENIES** Plaintiff's Motion for Certificate of Appealability (ECF No. 152-1). This case is terminated.

**IT IS SO ORDERED.**

 /s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**